PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION
## 12-20032-TP-MARTINEZ/MCALILEY

DOCKET: 09-1111

APR 10, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Salvador Villanueva | SOUTHERN DISTRICT OF NEW YORK | Probation |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Kimba M. Wood, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM November 8, 2011 | TO November 7, 2014 |

**OFFENSE**

Distribution and Possession with Intent to Distribute Hashish (21 U.S.C. 812, 841(a)(1) and (b)(1)©) and 18 U.S.C. 2), a Class C Felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5-3-12
Date

/s/ Kimba M. Wood
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/22/12
Effective Date

/s/ Cecilia M. Altonaga
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

SALVADOR VILLANUEVA,

              Defendant.

- - - - - - - - - - - - - - - - x

INDICTMENT

09 Cr.

09 CRIM 1111

## COUNT ONE

The Grand Jury charges:

1. On or about November 2, 2009, in the Southern District of New York and elsewhere, SALVADOR VILLANUEVA, the defendant, unlawfully, intentionally and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 10 kilograms and more of a mixture and substance containing a detectable about of marijuana, in a form commonly referred to as "hashish," a tetrahydrocannabinols, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

2. As a result of committing the controlled substance offense alleged in Count One of this Indictment, SALVADOR VILLANUEVA, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all

property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

        3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        a. cannot be located upon the exercise of due diligence;

        b. has been transferred or sold to, or deposited with, a third person;

        c. has been placed beyond the jurisdiction of the Court;

        d. has been substantially diminished in value; or

        e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

SALVADOR VILLANUEVA,

Defendant.

---

## INDICTMENT

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(C), and 18 U.S.C. § 2.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

11/17/09 [illegible handwritten notes]

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 1

(NOTE: Identify Changes with Asterisks (*))

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/10

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA
V.
SALVADOR VILLANUEVA

**AMENDED JUDGMENT IN A CRIMINAL CASE**

Case Number: 09 CR 1111-01 (KMW)
USM Number: 90508-054
Sabrina Shroff, Esq. (A.U.S.A. Michelle Parikh)
Defendant's Attorney

**Date of Original Judgment:** November 18, 2010
(Or Date of Last Amended Judgment)

**Reason for Amendment:**
☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
X Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
X pleaded guilty to count(s) 1 (one)
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 812, 841(a)(1) & (b)(1)(C) and 18 USC 2 | Distribution and Possession with Intent to Distribute Hashish | 11/2/2009 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 18, 2010
Date of Imposition of Judgment

*/s/ Kimba M. Wood*
Signature of Judge

KIMBA M. WOOD, U.S.D.J.
Name and Title of Judge

11-18-10
Date

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 1A

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page 2 of 6

DEFENDANT:     SALVADOR VILLANUEVA
CASE NUMBER:   09 CR 1111-01 (KMW)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : ::     One year and one day imprisonment.

X   The court makes the following recommendations to the Bureau of Prisons:
The Court recommends to the Bureau of Prisons that the defendant be incarcerated at FCI Miami, so that his family may visit him.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
   ☐   a _____   ☐ a.m.   ☐ p.m.   on _____ .
   ☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   X   before   noon on February 21, 2011* .
   ☐   as notified by the United States Marshal.
   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245C   (Rev. 06/05) Amended Judgment in a Criminal Case
          Sheet 2A — Imprisonment                                (NOTE: Identify Changes with Asterisks (*))

AO 245C   (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT:      SALVADOR VILLANUEVA
CASE NUMBER:    09 CR 1111-01 (KMW)

Judgment—Page 3 of 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term
3 years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the

AO 245C  (Rev. 06/05) Amended Judgment in a Criminal Case
         Sheet 3C — Supervised Release

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT: SALVADOR VILLANUEVA
CASE NUMBER: 09 CR 1111-01 (KMW)

Judgment—Page 4 of 6

# SPECIAL CONDITIONS OF SUPERVISION

The standard and mandatory conditions of supervised release apply, along with the following special conditions:

The defendant shall provide the probation officer with access to any requested financial information

The defendant shall submit his person, residence, place of business, vehicle, or any other premises under his control to a search, on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found. The search must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition.

The defendant shall obey the immigration laws and comply with the directives of immigration authorities.

The defendant is to report to the nearest Probation Office within 72 hours of release from custody.

The defendant shall be supervised by the district of his residence.

AO 245C   (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT: SALVADOR VILLANUEVA
CASE NUMBER: 09 CR 1111-01 (KMW)

Judgment — Page 5 of 6

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS | $ 100.00   | $    | $           |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| TOTALS        | $ 0.00      | $ 0.00              |                        |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for   ☐ fine   ☐ restitution.

   ☐ the interest requirement for   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT: SALVADOR VILLANUEVA
CASE NUMBER: 09 CR 1111-01 (KMW)

Judgment — Page 6 of 6

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  X  Lump sum payment of $ 100.00 due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 6A — Schedule of Payments

(NOTE: Identify Changes with Asterisks (*))

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:09-cr-01111-KMW All Defendants

Case title: USA v. Villanueva
Magistrate judge case number: 1:09-mj-02433-UA

Date Filed: 11/17/2009
Date Terminated: 12/01/2010

Assigned to: Judge Kimba M. Wood

### Defendant (1)

**Salvador Villanueva**
*TERMINATED: 12/01/2010*

represented by **Philip L Weinstein**
Federal Defenders of New York Inc. (NYC)
52 Duane Street
10th Floor
New York, NY 10007
212-417-8700
Fax: 212-571-0392
Email: philip_weinstein@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Sabrina P. Shroff**
Federal Defenders of New York Inc. (NYC)
52 Duane Street
10th Floor
New York, NY 10007
(212) 417-8713
Fax: (212) 571-0392
Email: sabrina_shroff@fd.org
*ATTORNEY TO BE NOTICED*

### Pending Counts

21:841B=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE
(1)

### Disposition

Imprisonment: 1 year and 1 day. Supervised Release: 3 years.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| 21:846:CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE. | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Aimee Hector**<br>U.S. Attorney's Office, SDNY (St Andw's)<br>One St. Andrew's Plaza<br>New York, NY 10007<br>(212) 637-2203<br>Fax: (212) 637-2937<br>Email: aimee.hector@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michelle Katherine Parikh**<br>United States Attorney Office, SDNY<br>One Saint Andrew's Plaza<br>New York, NY 10007<br>(212) 637-1071<br>Fax: (212)637-2527<br>Email: michelle.parikh@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2009 | | Arrest of Salvador Villanueva. (gq) [1:09-mj-02433-UA] (Entered: 11/04/2009) |
| 11/03/2009 | 1 | COMPLAINT as to Salvador Villanueva (1), Annia Tamayo (2), Orlando Fuentes (3) in violation of 21 U.S.C. 846. (Signed by Magistrate Judge Theodore H. Katz) (gq) [1:09-mj-02433-UA] (Entered: 11/04/2009) |
| 11/03/2009 | 2 | CJA 23 Financial Affidavit by Salvador Villanueva. (Signed by Judge Magistrate Judge Theodore H. Katz) (gq) [1:09-mj-02433-UA] (Entered: 11/04/2009) |
| 11/03/2009 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Salvador Villanueva. Philip L Weinstein for Salvador Villanueva appointed. (Signed by Magistrate Judge Theodore H. Katz on 11/03/2009)(gq) [1:09-mj-02433-UA] (Entered: 11/04/2009) |
| 11/03/2009 | 6 | NOTICE OF ATTORNEY APPEARANCE: Philip L Weinstein appearing for Salvador Villanueva. (gq) [1:09-mj-02433-UA] (Entered: 11/04/2009) |
| 11/03/2009 | | Minute Entry for proceedings held before Magistrate Judge Theodore H. Katz:Initial Appearance as to Salvador Villanueva held on 11/3/2009. Deft appears with Federal Defender atty Philip Weinstein. AUSA Aimee Hector present for the gov't. Spanish interpreter present. Pretrial Report waived. Detention on consent without prejudice. ( Preliminary Examination set for 12/2/2009 at 10:00 AM before Judge Unassigned.) (gq) [1:09-mj-02433-UA] (Entered: 11/04/2009) |
| 11/17/2009 | 7 | INDICTMENT FILED as to Salvador Villanueva (1) count(s) 1. (jm) (Entered: 11/18/2009) |
| 11/17/2009 | | Case Designated ECF as to Salvador Villanueva. (jm) (Entered: 11/18/2009) |
| 11/19/2009 | | Minute Entry for proceedings held before Judge Denise L. Cote: Arraignment as to Salvador |

| | | |
|---|---|---|
| | | Villanueva (1) Count 1 held on 11/19/2009. Defendant present w/attorney Peggy Cross for Phil Weinstein. AUSA Aimee Hector present. Court reporter present Kristen Carranante present. Arraignment held. Defendant pleads not guilty as charged in 09-Cr-1111. All discovery, except for the computer information, shall be completed by December 4, 2009. The discovery of the computer information shall be done by December 18. Any defense motions shall be due February 26, 2010; Government's opposition due March 5, 2010. Trial date set for April 5, 2010. Time excluded from 11/19/2009 until 4/5/2010 pursuant to 18 USC Section 3161 (h)(7)(A). Detention continued. (bw) (Entered: 11/20/2009) |
| 11/19/2009 | | Minute Entry for proceedings held before Judge Denise L. Cote: Plea entered by Salvador Villanueva (1) Count 1 -- Not Guilty. (bw) (Entered: 11/20/2009) |
| 11/19/2009 | | ORAL ORDER as to Salvador Villanueva. Time excluded from 11/19/2009 until 4/5/2010. Discovery (except for the computer information) due by 12/4/2009; Brief (Discovery of the computer information) due by 12/18/2009. Motions (by deft) due by 2/26/2010; Responses (by Govt) due by 3/5/2010. Ready for Trial by 4/5/2010. (bw) (Entered: 11/20/2009) |
| 12/14/2009 | 8 | TRANSCRIPT of Proceedings as to Salvador Villanueva held on 11/3/2009 before Magistrate Judge Theodore H. Katz. (dnd) (Entered: 12/14/2009) |
| 01/21/2010 | 9 | NOTICE OF ATTORNEY APPEARANCE: Sabrina P. Shroff appearing for Salvador Villanueva. (Shroff, Sabrina) (Entered: 01/21/2010) |
| 01/21/2010 | 10 | ENDORSED LETTER: As to Salvador Villanueva addressed to Judge Denise L. Cote from Sabrina P. Shroff dated 1/20/2010. re: Defense counsel writes on consent to request a modification of Mr. Villanueva's bail. Following his November 3, 2009 presentment, Mr. Villanueva was detained; however, given the changed circumstances of his case, AUSA Hector consents to his release on the following conditions... ENDORSEMENT: SO ORDERED. (Signed by Judge Denise L. Cote on 1/20/2010)(dnd) (Entered: 01/21/2010) |
| 01/21/2010 | 11 | Appearance Bond Entered as to Salvador Villanueva in amount of $ $150,000.00; co-signed by 2 FRP's; travel restricted to the District of Florida and the Southern District of New York, and all points in between for travel; surrender all travel documents and no new applications; strict pretrial supervision with drug testing. (dnd) (Entered: 01/29/2010) |
| 01/22/2010 | 12 | ADVICE OF PENALTIES AND SANCTIONS as to Salvador Villanueva. (dnd) (Entered: 01/29/2010) |
| 02/23/2010 | 13 | ORDER as to Salvador Villanueva ( Pretrial Conference set for 3/26/2010 at 02:00 PM in Courtroom 11B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote.)IT IS HEREBY ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, shall be filed by noon on March 25, 2010. Two courtesy copies shall be delivered to Chambers on the same day. IT IS FURTHER ORDERED that the final pretrial conference is scheduled for March 26 at 2 p.m. in Courtroom 11B, 500 Pearl Street. The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed. (Signed by Judge Denise L. Cote on 2/23/2010)(jw) (Entered: 02/23/2010) |
| 03/01/2010 | 14 | MOTION to Suppress *Notice of Motion*. Document filed by Salvador Villanueva. (Shroff, Sabrina) (Entered: 03/01/2010) |
| 03/01/2010 | 15 | FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU (Memorandum of Law in Support) - MOTION to Suppress *Memorandum of Law*. Document filed by Salvador Villanueva. (Attachments: # 1 Affidavit Attorney Affirmation, # 2 Affidavit Villanueva Affidavit)(Shroff, Sabrina) Modified on 3/2/2010 (jar). (Entered: 03/01/2010) |
| 03/01/2010 | | NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Sabrina Shroff as to Salvador Villanueva: to RE-FILE Document 15 MOTION to Suppress *Memorandum of Law*. Use the document types Memorandum in Support and Declaration in Support (each declaration to be filed separately) found under the document list |

| | | |
|---|---|---|
| | | Replies, Oppositions, Supporting Documents. NOTE: Each supporting document must be filed separately. (jar) (Entered: 03/02/2010) |
| 03/08/2010 | 16 | MEMORANDUM in Opposition by USA as to Salvador Villanueva re 14 MOTION to Suppress *Notice of Motion..* (Parikh, Michelle) (Entered: 03/08/2010) |
| 03/09/2010 | 17 | ORDER as to Salvador Villanueva. ORDERED that a hearing on defendant's motion to suppress is scheduled for 9:30 a.m. on March 17, 2010 in Courtroom 11B, 500 Pearl Street. (Signed by Judge Denise L. Cote on 3/9/2010)(bw) (Entered: 03/09/2010) |
| 03/09/2010 | 18 | TRANSPORTATION ORDER as to Salvador Villanueva.... it is ORDERED that the United States Marshals Service furnish Mr. Villanueva with funds to cover the cost of airfare and ground transportation between Miami, Florida and New York, for a court appearance in the United States District Court, Southern District of New York, arriving in New York on March 15, 2010 and returning to Florida on March 18, 2010 following his March 17, 2010, court appearance; and it is hereby further ORDERED that the aforesaid expenses shall be paid by the United States Marshals Service. SO ORDERED: (Signed by Judge Denise L. Cote on 3/9/2010)(bw) (Entered: 03/09/2010) |
| 03/09/2010 | 19 | NOTICE OF ATTORNEY APPEARANCE Michelle Katherine Parikh appearing for USA. (Parikh, Michelle) (Entered: 03/09/2010) |
| 03/18/2010 | 20 | NOTICE OF CASE REASSIGNMENT as to Salvador Villanueva, to Judge Kimba M. Wood. Judge Denise L. Cote no longer assigned to the case. (ldi) (Entered: 03/19/2010) |
| 03/22/2010 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Pretrial Conference as to Salvador Villanueva held on 3/22/2010. Attorney Sabrina Shroff is present for her client, Salvador Villanueva, appearance waived. AUSA Michelle Parikh is present. Court reporter Jerry Harrison is present. Conference is held (see transcript). The next conference will be held on Friday, March 26, 2010 at 10:30am. Time is excluded through March 26, 2010. (bw) (Entered: 03/24/2010) |
| 03/22/2010 | | ORAL ORDER as to Salvador Villanueva. Time excluded from 3/22/2010 until 3/26/2010. Pretrial Conference set for 3/26/2010 at 10:30 AM before Judge Kimba M. Wood. (bw) (Entered: 03/24/2010) |
| 03/25/2010 | 21 | ENDORSED LETTER as to Salvador Villanueva addressed to Judge Wood from AUSA Michelle K. Parikh dated March 24, 2010 re: The parties have conferred, and May 24, 2010 is the date most convenient for all parties. The parties would therefore ask that the Court set a trial date of May 24, 2010 in this matter and cancel the pretrial conference currently scheduled for March 26, 2010. ENDORSEMENT: Granted. Joint Voir Dire and Request to Charge are due to the Court by May 17, 2010. The parties shall follow this Court's individual rules regarding the submission of Voir Dire and Request to Charge. So Ordered: (Signed by Judge Kimba M. Wood on 3/25/2010)(bw) (Entered: 03/25/2010) |
| 03/25/2010 | | Terminate Deadlines and Hearings as to Salvador Villanueva: Terminated Pretrial Conference set for 3/26/2010 at 10:30 AM before Judge Kimba M. Wood. (bw) (Entered: 03/25/2010) |
| 03/25/2010 | 22 | ORDER as to Salvador Villanueva. It is hereby ORDERED that the time between March 26, 2010 and May 24, 2010, is hereby excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A). So Ordered. (Signed by Judge Kimba M. Wood on 3/25/2010)(bw) (Entered: 03/25/2010) |
| 04/06/2010 | 23 | ORDER as to Salvador Villanueva.... it is hereby ORDERED that the time between March 26, 2010 and May 24, 2010, is hereby excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A). So Ordered. (Signed by Judge Kimba M. Wood on 3/25/2010)(bw) (Entered: 04/06/2010) |
| 04/14/2010 | 24 | TRANSCRIPT of Proceedings as to Salvador Villanueva held on 3/22/2010 before Judge |

| | | |
|---|---|---|
| | | Kimba M. Wood. (jfe) (Entered: 04/16/2010) |
| 04/26/2010 | 25 | TRANSCRIPT of Proceedings as to Salvador Villanueva held on 3/17/2010 before Judge George B. Daniels. (jfe) (Entered: 04/26/2010) |
| 05/10/2010 | 26 | TRANSPORTATION ORDER as to Salvador Villanueva.... it is ORDERED that the United States Marshals Service furnish Mr. Villanueva with funds to cover the cost of airfare and ground transportation between Miami, Florida and New York, New York for a court appearance in the United States District Court, Southern District of New York, arriving in New York on May 11, 2010 and returning to Florida the same day following his May 11, 2010, court appearance at 9:00 AM; and it is hereby further ORDERED that the aforesaid expenses shall be paid by the United States Marshals Service. SO ORDERED: (Signed by Judge Kimba M. Wood on 5/7/2010)(bw) (Entered: 05/10/2010) |
| 05/11/2010 | 27 | SENTENCE SCHEDULING ORDER: As to Salvador Villanueva. The Defendant is scheduled to be sentenced on August 10, 2010 at 11:00 a.m. The Presentence Investigation Report is due to the Court on July 27, 2010. Any sentencing submissions by Defendant must be made by August 2, 2010, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation. Defense counsel must arrange for the presentence interview to occur within 14 days of the defendant's guilty plea. The Government must submit a statement of facts to Probation within 14 days of the defendant's guilty plea. Probation should contact Chambers if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion. Any response or other submission from the Government is due August 6, 2010. SO ORDERED. (Signed by Judge Kimba M. Wood on 5/11/2010)(dnd) (Entered: 05/11/2010) |
| 05/11/2010 | | As to Salvador Villanueva Sentencing set for 8/10/2010 at 11:00 AM before Judge Kimba M. Wood. (Signed by Judge Kimba M. Wood on 5/11/2010)(dnd) (Entered: 05/11/2010) |
| 05/11/2010 | | Minute Entry for proceedings held before Magistrate Judge Andrew J. Peck: Change of Plea Hearing as to Salvador Villanueva held on 5/11/2010. Defendant present with attorney Ms. Shroff. A.U.S.A. Ms. Parikh present. Court reporter present. Spanish Interpreter present. Defendant withdraws plea of not guilty and enters a plea of Guilty to Counts #1. Magistrate Judge Andrew J. Peck recommends that Judge Wood accept the guilty plea. Sentence date set for August 11, 2010. PSI Ordered. Bail Continued. (bw) (Entered: 05/14/2010) |
| 05/11/2010 | | Change of Not Guilty Plea to Guilty Plea as to Salvador Villanueva (1) Count 1. (bw) (Entered: 05/14/2010) |
| 05/11/2010 | | Minute Entry for proceedings held before Magistrate Judge Andrew J. Peck: Plea entered by Salvador Villanueva (1) Guilty as to Count 1. (bw) (Entered: 05/14/2010) |
| 05/11/2010 | | Order of Referral to Probation for Presentence Investigation and Report as to Salvador Villanueva. (Judge Andrew J. Peck, U.S.M.J.) (bw) (Entered: 05/14/2010) |
| 05/11/2010 | 28 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE ON A FELONY PLEA ALLOCUTION by Salvador Villanueva. (ja) (Entered: 05/21/2010) |
| 06/08/2010 | 29 | TRANSCRIPT of Proceedings as to Salvador Villanueva held on 5/11/2010 before Magistrate Judge Andrew J. Peck. (ab) (Entered: 06/09/2010) |
| 07/26/2010 | 30 | ORDER: As to Salvador Villanueva. Due to a conflict with the Court's calendar, the sentencing for the above-captioned defendant, currently scheduled for August 10, is adjourned to August 31, 2010 at 10:30 a.m. Defendant's submission is due to the Court by August 17. Any Government response is due August 24. SO ORDERED. (Signed by Judge Kimba M. Wood on 7/26/2010)(dnd) (Entered: 07/26/2010) |
| 08/03/2010 | 31 | ORDER as to Salvador Villanueva. The Court hereby amends the schedule set in its |

| | | |
|---|---|---|
| | | 7/26/2010 Order: Sentencing shall be held on 9/16/2010 at 11:00 AM before Judge Kimba M. Wood. Defendant's submission is due to the Court by 9/2/2010. Any Government response is due 9/9/2010. SO ORDERED. (Signed by Judge Kimba M. Wood on 8/3/2010)(ab) (Entered: 08/03/2010) |
| 08/24/2010 | 32 | ENDORSED LETTER as to Salvador Villanueva, addressed to Judge Wood, from Sabrina P. Shroff, atty for dft, dated 8/24/2010, re: dft's current sentencing date is 9/16/2010 - asking the Court to reschedule sentencing hearing sometime in mid-October or any day convenient to the Court. -- Judge endorsed: Sentencing is adjourned to Wednesday, October 20, 2010 at 10:30 a.m.; dft's submission is due by October 6; and Govt's submission is due by October 13. SO ORDERED. ( Sentencing set for 10/20/2010 at 10:30 AM before Judge Kimba M. Wood.) (Signed by Judge Kimba M. Wood on 8/24/2010)(ja) (Entered: 08/24/2010) |
| 10/06/2010 | 33 | ENDORSED LETTER as to Salvador Villanueva, addressed to Judge Wood, from Sabrina P. Shroff, atty for Steven M. Statsinger, atty for dft, dated 10/4/2010, re: request a four-week adjournment of Mr. Villanueva's sentencing hearing, currently scheduled for 10/20/2010. -- Judge endorsed: Sentencing is adjourned to Wednesday, November 17, 2010 at 11 a.m. Dft's submission is due by November 3. Government response is due by November 10. SO ORDERED. (Brief due by 11/3/2010. Responses due by 11/10/2010. Sentencing set for 11/17/2010 at 11:00 AM before Judge Kimba M. Wood.) (Signed by Judge Kimba M. Wood on 10/5/2010)(ja) (Entered: 10/06/2010) |
| 11/04/2010 | 34 | ENDORSED LETTER: As to Salvador Villanueva addressed to Judge Kimba Wood from Sabrina P. Shroff dated 11/3/2010. With the consent of AUSA Parikh, I write to request a one-day extension to the due date for the defendant's sentencing submission. As Mr. Villanueva's sentencing is scheduled for November 17, 2010, the defense's sentencing submission is currently due on November 3, 2010. If the Court were to grant this extension, the defense's submission would be due on November 4, 2010. ENDORSEMENT: Request Granted. The sentencing submission shall be due no later than November 4, 2010. (Signed by Judge Kimba M. Wood on 11/3/2010)(dnd) (Entered: 11/04/2010) |
| 11/04/2010 | 38 | Letter by Salvador Villanueva addressed to Judge Kimba M. Wood from Sabrina P. Shroff dated 11/4/2010 re: Counsel writes to submit the defendant's sentencing submissions. (ab) (Entered: 12/07/2010) |
| 11/08/2010 | 35 | ENDORSED LETTER: As to Salvador Villanueva, addressed to Judge Kimba Wood from Sabrina P. Shroff dated 11/4/2010 re: Defense counsel writes to request a one day extension of time to file its sentencing submission for the defendant. If the court grants this extension, the defense submissions would be due on November 5, 2010, and the Government's letter due on November 12, 2010. ENDORSEMENT: Granted. (Signed by Judge Kimba M. Wood on 11/5/2010)(dnd) (Entered: 11/08/2010) |
| 11/10/2010 | 39 | Letter by Salvador Villanueva addressed to Judge Kimba M. Wood from Michelle Parikh Brown dated 11/10/2010 re: Counsel writes to submit that the defendant should be sentenced to a term of imprisonment within the Guidelines ranger 30 to 37 months imprisonment. (ab) (Entered: 12/08/2010) |
| 11/15/2010 | 40 | Letter by Salvador Villanueva addressed to Judge Kimba M. Wood from Sabrina P. Shroff dated 11/15/2010 re: Counsel writes to submit this letter in response to the government's sentencing submission of 11/10/2010. (ab) (Entered: 12/08/2010) |
| 11/16/2010 | 36 | TRANSPORTATION ORDER as to Salvador Villanueva re... furnishing Mr. Villanueva with funds to cover airfare and ground transportation, between Miami, Florida and New York, New York for a court appearance... ORDERED that the aforesaid expenses shall be paid by the U.S. Marshals Service. SO ORDERED. (Signed by Judge Kimba M. Wood on 11/16/2010)(ja) (Entered: 11/16/2010) |
| 11/18/2010 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Sentencing held on 11/18/2010 for Salvador Villanueva (1) Count 1. Defendant Salvador Villanueva is present |

| | | |
|---|---|---|
| | | with his attorney Sabrina Schroff. AUSA Michelle Parikh Brown is present. Court interpreter Elena Rich is present. Court reporter is present. The defendant is sentenced to one year and one day imprisonment. The defendant shall be on supervised release for 3 years. The Court imposes no fine. The special assessment of $100 is due immediately. The standard and mandatory conditions of supervised release apply, along with the following special conditions: The defendant shall obey the immigration laws and comply with the directives of immigration authorities. The defendant shall provide the probation officer with access to any requested financial information. The defendant shall submit his person, residence, place of business, vehicle, or any other premises under his control to a search, on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found. The search must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition. The defendant is to report to the nearest Probation Office within 72 hours of release from custody. The defendant shall be supervised by the district of his residence. The Court makes the following changes to the PSR: The defendant receives a two point safety valve relief reduction. The defendant receives a two point reduction for "minor role". This results in a Total Offense Level of 15, with a Guideline Range of 18 to 24 months. The defendant shall voluntarily surrender to the facility designated to him by the Bureau of Prisons by 12:00 p.m. on February 21, 2011. The Court recommends to the Bureau of Prisons that the defendant be incarcerated at FCI Miami, so that his family may visit him. The defendant's appeal rights are read. (ab) (Entered: 11/24/2010) |
| 12/01/2010 | 37 | FILED JUDGMENT IN A CRIMINAL CASE as to Salvador Villanueva (1). The defendant Salvador Villanueva pleaded guilty to Count(s) 1, Imprisonment: 1 year and 1 day. The Court recommends to the Bureau of Prisons that the defendant be incarcerated at FCI Miami, so that his family may visit him. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 12 p.m. Supervised Release: 3 years. SA: $100.00. (Signed by Judge Kimba M. Wood on 12/1/2010)(ja) (Entered: 12/01/2010) |
| 12/01/2010 | | Judgment entered in money judgment book as #10,2222 as to Salvador Villanueva in the amount of $ 100, re: 37 Judgment. (ml) (Entered: 12/21/2010) |
| 12/17/2010 | 41 | AMENDED JUDGMENT IN A CRIMINAL CASE: As to Salvador Villanueva (1), Count 1, Date of Original Judgment November 18, 2010. Reason for Amendment: Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36). ** The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before noon on February 21, 2011** (Signed by Judge Kimba M. Wood on 11/18/2010)(dnd) (Entered: 12/17/2010) |
| 12/20/2010 | 42 | TRANSCRIPT of Proceedings as to Salvador Villanueva held on 11/18/2010 before Judge Kimba M. Wood. (lnl) (Entered: 12/20/2010) |
| 08/08/2011 | | Payment of Special Assessment from Salvador Villanueva in the amount of $25.00. Date Received: 8/8/11. (mn) (Entered: 08/08/2011) |
| 08/29/2011 | | Payment of Special Assessment from Salvador Villanueva in the amount of $75.00. Date Received: 8/29/11. (mn) (Entered: 08/29/2011) |
| 03/05/2012 | 43 | PROBATION FORM PETITION as to Salvador Villanueva. Petitioning the Court: Court Direction. The Court Orders: Transfer of Jurisdiction Approved. (Signed by Judge Kimba M. Wood on 3/5/2012)(dnd) (Entered: 03/05/2012) |

| PACER Service Center |
|---|
| Transaction Receipt |

| PACER Login: | up0316 | Client Code: | Probation_PTS_Web |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:09-cr-01111-KMW |
| Billable Pages: | 7 | Cost: | 0.56 |